IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERNETTA E. HARRISON, a single person,<br><br>           Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK, NA,<br><br>           Defendant. | 8:10CV255<br><br>ORDER OF DISMISSAL |

The matter before the court is the plaintiff's unopposed Motion to Dismiss without Prejudice. Filing No. 34. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendant is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 1st day of February, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge